# EXHIBIT "B"

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/23/2026
CT Log Number 552016976

## Service of Process Transmittal Summary

TO:   TIMOTHY HORN
      Whole Foods Market Services Inc.
      828 W 6TH ST STE 100
      AUSTIN, TX 78703-5469

RE:   **Process Served in New York**

FOR:  Whole Foods Market Group, Inc.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: DEBORAH LEITMAN // To: Whole Foods Market Group, Inc. |
| CASE #: | 1550352026 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| PROCESS SERVED ON: | C T Corporation System, New York, NY |
| DATE/METHOD OF SERVICE: | By Process Server on 04/23/2026 at 13:24 |
| JURISDICTION SERVED: | New York |
| ACTION ITEMS: | CT will retain the current log |
| | Image SOP |
| | Email Notification,  TIMOTHY HORN  timhorn@amazon.com |
| | Email Notification,  Jesse Matherne  jesse.matherne2@wholefoods.com |
| REGISTERED AGENT CONTACT: | C T Corporation System |
| | 28 Liberty Street |
| | New York, NY 10005 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.