# EXHIBIT "D"



An official website of New York State.
Here's how you know ⌄

Q

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

Entity Details

**ENTITY NAME:** WHOLE FOODS MARKET GROUP, INC.

**DOS ID:** 1954074

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** INACTIVE

**DATE OF INITIAL DOS FILING:** 09/06/1995

**REASON FOR STATUS:** TERMINATED

**EFFECTIVE DATE INITIAL FILING:** 09/06/1995

**INACTIVE DATE:** 01/21/2026

**FOREIGN FORMATION DATE:** 12/12/1990

**STATEMENT STATUS:** CURRENT

**COUNTY:** NASSAU

**NEXT STATEMENT DUE DATE:** 09/30/2027

**JURISDICTION:** DELAWARE, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** KEITH MANBECK

**Address:** 550 BOWIE STREET, AUSTIN, TX, UNITED STATES, 78703

Principal Executive Office Address

**Address:** 550 BOWIE STREET, AUSTIN, TX, UNITED STATES, 78703

Registered Agent Name and Address

**Name:** REGISTERED AGENT REVOKED

**Address:**

---

Entity Primary Location Name and Address

**Name:**

**Address:**

---

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

AgenciesApp DirectoryCountiesEventsProgramsServices



An official website of New York State.
Here's how you know ∨

Q

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

Entity Details

∧

**ENTITY NAME:** WHOLE FOODS MARKET GROUP LLC

**DOS ID:** 7812956

**FOREIGN LEGAL NAME:** WHOLE FOODS MARKET GROUP LLC

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY - 802 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 01/21/2026

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 01/21/2026

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:** 12/12/1990

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 01/31/2028

**JURISDICTION:** DELAWARE, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY      NAME HISTORY      FILING HISTORY      MERGERS HISTORY      ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C/O C T CORPORATION SYSTEM

**Address:** 28 LIBERTY STREET, NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY STREET, NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

AgenciesApp DirectoryCountiesEventsProgramsServices