# EXHIBIT "E"

Case 1:26-cv-04349-VSB-SDA    Document 1-5    Filed 05/26/26    Page 2 of 3



**FLORIDA DEPARTMENT OF STATE**   Corporations | Cultural Affairs | Elections | Historical Resources | Library and Information Services

# Voter Information Lookup

### Please find your voter registration information below.

| | |
|---|---|
| Full Name: | **DEBORAH OSSI LEITMAN** |
| Street Address: | **1400 FLORIDA BLVD** |
| City: | **NEPTUNE BEACH** |
| Zip Code: | **32266** |
| County Name: | **DUVAL** |
| Voter Identification Number: | **103705387** |
| Date Of Registration: | **9/8/1995** |
| Party: | **Republican Party of Florida** |
| Voter Status: | **Active\*** |

\* An active voter means the person is registered to vote. The deadline to register to be eligible to vote in an upcoming election is 29 days before that election.

Access Ballot and Precinct Information available through your county Supervisor of Elections' website.

New Search

Please email BVRSHelp@dos.fl.gov for website assistance.



**Ron DeSantis, Governor**
**Cord Byrd, Secretary of State**



Privacy Policy | Accessibility | Site Map | Communications | Connect

**Florida Department of State**



Case 1:26-cv-04349-VSB-SDA   Document 1-5   Filed 05/26/26   Page 3 of 3

FLORIDA DEPARTMENT of STATE    Corporations|  Cultural Affairs|  Elections|  Historical Resources|  Library and Information Services

# Voter Information Lookup

**Please find your voter registration information below.**

| | |
|---|---|
| Full Name: | **DEBORAH OSSI LEITMAN** |
| Street Address: | **1400 FLORIDA BLVD** |
| City: | **NEPTUNE BEACH** |
| Zip Code: | **32266** |
| County Name: | **DUVAL** |
| Voter Identification Number: | **103706387** |
| Date Of Registration: | **9/8/1995** |
| Party: | **Republican Party of Florida** |
| Voter Status: | **Active\*** |

\* An active voter means the person is registered to vote. The deadline to register to be eligible to vote in an upcoming election is 29 days before that election.

Access Ballot and Precinct Information available through your county Supervisor of Elections' website.

**New Search**

Please email BVRSHelp@dos.fl.gov for website assistance.

**Ron DeSantis, Governor**
**Cord Byrd, Secretary of State**

Privacy Policy | Accessibility | Site Map | Communications | Connect

**Florida Department of State**