# EXHIBIT "F"

CERTIFICATE OF INCORPORATION
OF
WHOLE FOODS MARKET NY CORP.
Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

FIRST:         The Name of the corporation is: **WHOLE FOODS MARKET NY CORP.**

SECOND:        This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

THIRD:         The county, within this state, in which the office of the corporation is to be located is **KINGS**

FOURTH:        The total number and value of shares of common stock which the corporation shall have authority to issue is **200 SHARES WITH NO PAR VALUE**

FIFTH:         The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is:
**THE CORPORATION
238 BEDFORD AVE
BROOKLYN, NY 11249**

SIXTH:         No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

SEVENTH:       The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and

Filed with the NYS Department of State on 03/18/2025
Filing Number: 250318005021 DOS ID: 7562714

belief and that my signature typed below constitutes my signature.

WALKIRIA E VALENTIN (Signature)

---

WALKIRIA E VALENTIN, INCORPORATOR
238 BEDFORD AVE
BROOKLYN, NY 11249

Filed by:

WALKIRIA E VALENTIN
238 BEDFORD AVE
BROOKLYN, NY 11249

Filed with the NYS Department of State on 03/18/2025
Filing Number: 250318005021 DOS ID: 7562714

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for WHOLE FOODS MARKET NY CORP., File Number 250318005021 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on June 25, 2025.

WALTER T. MOSLEY
Secretary of State



BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008278226 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov