# EXHIBIT "G"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
DEBORAH LEITMAN,

                     Plaintiff,

         -against-

WHOLE FOODS MARKET GROUP, INC., WHOLE
FOODS MARKET NY CORP. and MICHAEL RUIZ,

                   Defendants.
---------------------------------------------------------------X

**Index No.: 155035/2026**

**AFFIDAVIT OF
MICHAEL RUIZ**

STATE OF NEW YORK   )
                 ) SS:
COUNTY OF NEW YORK  )

      MICHAEL RUIZ, a resident of the State of New York, being duly sworn, hereby deposes and says the following:

1.     I have been employed by Whole Foods Market Group, Inc. since October 2025.

2.     My current position is Assistant Store Team Leader ("ASTL") for the Whole Foods Market store located at 95 East Houston Street, New York, New York, a position I have held since October 2025.

3.     I have been named as an individual defendant in the above captioned matter.

4.     While I was working on April 12, 2026, I was called to respond to the scene of an accident involving a customer now known to me as Deborah Leitman, the plaintiff in the above captioned matter.

5.     My duties as an ASTL for Whole Foods Market required me to respond to the scene of a customer accident, provide assistance to the customer, and complete documentation concerning the incident.

6.     I did not witness Ms. Leitman's accident in the Whole Foods Market store on April

1

12, 2026.

7.      I have been advised by my attorneys that Ms. Leitman claims she slipped on some sort of condition in the produce section of the store. However, I was not aware of any such condition at any time before Ms. Leitman's accident. In addition, I was not in the area where Ms. Leitman's accident occurred for at least 15 minutes before the accident occurred.

8.      I was not aware of, and had no knowledge of, the condition which Ms. Leitman claims caused her accident before it occurred, nor did I do anything to cause or contribute to the condition Ms. Leitman claims caused her accident.

9.      Other than what had been told to me by Ms. Leitman after her accident in conjunction with my role as the ASTL for the Whole Foods Market store on April 12, 2026, I have no personal knowledge and do not possess any information concerning how Ms. Leitman's accident occurred, the condition which allegedly caused Ms. Leitman's accident or the source of the alleged condition.

10.     My entire involvement with the aftermath of Ms. Leitman's incident is limited to the scope of my employment with Whole Foods Market Group, Inc., namely with respect to my duties as the ASTL in the subject Whole Foods Market store on April 12, 2026.

_____
MICHAEL RUIZ

Sworn to before me on this
20ᵀᴴ day of  May , 2026

_____
NOTARY PUBLIC

PETER J. MURANO III
Notary Public, State of New York
No. 02MU6265797
Qualified in Rockland County
Commission Expires: July 16, 20 28

2