Deborah Leitman v. Whole Foods Market, Inc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              )   s.s.:
COUNTY OF NEW YORK  )

**VERONICA A. COLOMBO**, being duly sworn deposes and says:

I am not a part to this action. I am eighteen years of age, and I am employed by FISHMAN McINTYRE LEVINE SAMANSKY, P.C., 521 Fifth Avenue, 17th Floor, New York, New York 10175.

On May 26, 2026, I served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL, RULE 7.1 STATEMENT _Via NYSCEF_** and by electronic mail addressed to each of the attorneys listed below, at their designated or last known e-mail addresses set forth below their names:

TO:    MORGAN & MORGAN             Clerk
        Attorneys for Plaintiff           Supreme Court, New York County
        199 Water Street, 15th Floor     60 Centre Street, Room 161
        New York, New York 10038      New York, New York 10007

        No Appearance to date:
        WHOLE FOODS MARKET NY
        CORP

_/s/ Veronica A. Colombo, MPA_
_____
VERONICA A. COLOMBO, MPA

Sworn to before me this
26th day of May, 2026

/s/ Peter J. Murano, III
PETER J. MURANO, III
Notary Public, State of New York
No. 02MU6265797
Qualified in Rockland County
Commission Expires: 7/16/2028