UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                               :

DEBORAH LEITMAN,                   :

                       :

                Plaintiff,       :

                       :                 26-CV-4349 (VSB)

            -against-          :

                       :           **ORDER OF REFERENCE**

WHOLE FOODS MARKET GROUP, INC., *et al*.,     :

                       :

              Defendants.    :

                       :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:       May 27, 2026
              New York, New York

                                     Vernon S. Broderick
                                     United States District Judge