**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Deborah Leitman,**

**Plaintiff,**

**-against-**

**Whole Foods Market Group Inc., et al.,**

**Defendants.**

**1:26-cv-04349 (VSB) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, June 12, 2026, at 11:30 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

Counsel for Defendants Whole Foods Market Group, Inc. and Michael Ruiz promptly shall serve a copy of this Order on Plaintiff and file proof of service to the ECF docket.

**SO ORDERED.**

Dated:      New York, New York
            May 28, 2026

_____
STEWART D. AARON
United States Magistrate Judge