# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Deborah Leitman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-04349-VSB-SDA |
| Whole Foods Market Group, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Deborah Leitman                                                                                              .

Date:      May 30, 2026

s/ Nicholas Gerschman
*Attorney's signature*

Nicholas Gerschman, 5648738
*Printed name and bar number*

199 Water Street, 15th Floor
New York, New York 10038
*Address*

ngerschman@forthepeople.com
*E-mail address*

(917) 344-7021
*Telephone number*

(917) 344-7046
*FAX number*