DEBORAH LEITMAN,

Plaintiff,

v.

WHOLE FOODS MARKET GROUP, INC.,
MICHAEL RUIZ, AND WHOLE FOODS
MARKET NY CORP.

Defendants.

Case No.: 1:26-cv-04349-VSB-SDA

## **PLAINTIFF'S DEMAND FOR TRIAL BY JURY**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Deborah Leitman hereby demands a trial by jury on all issues so triable in the above-captioned action.

Nothing in this demand shall constitute or be construed as a concession of, or waiver of any objection to, the removal or this Court's exercise of jurisdiction over this action, including Plaintiff's forthcoming motion to remand.

Dated: May 30, 2026
New York, New York

*/s/ Nicholas Gerschman*
Nicholas Gerschman
MORGAN & MORGAN NEW YORK PLLC
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021
ngerschman@forthepeople.com