**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Deborah Leitman,

Plaintiff,

-against-

Whole Foods Market Group Inc., et al.,

Defendants.

1:26-cv-04349 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In view of Plaintiff's motion to remand this action to state court, it is hereby ORDERED that the telephone conference scheduled for June 12, 2026 (*see* 5/28/26 Order, ECF No. 6) is adjourned *sine die*.

**SO ORDERED.**

Dated:       New York, New York
             June 2, 2026

_____
STEWART D. AARON
United States Magistrate Judge